AO 442 (Rev. 11/11) Arrest Warrant

9801787

U.S. MARSHAL-DC
RECEIVED OCT 11 '24

# UNITED STATES DISTRICT COURT
for the
District of Columbia

United States of America
v.
VERA JACKSON

*Defendant*

) Case: 1:24-cr-00456
) Assigned To : Judge Timothy J. Kelly
) Assign. Date : 10/10/2024
) Description: Indictment (B)

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   VERA JACKSON
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

21 U.S.C. § 846 - Conspiracy to Distribute and Possess with Intent to Distribute a Mixture and Substance Containing a Detectable Amount of Fentanyl

FORFEITURE: 21 U.S.C. § 853(a) and (p); 18 U.S.C. § 924(d); and 28 U.S.C. § 2461(c)

Date:   10/10/2024

*Issuing officer's signature*

City and state:   WASHINGTON, DC

G. MICHAEL HARVEY, U.S. MAGISTRATE JUDGE
*Printed name and title*

### Return

This warrant was received on *(date)* 10.11.2024, and the person was arrested on *(date)* 10.16.2024
at *(city and state)* Washington DC

Date: 10.16.24

*Arresting officer's signature*

SA Casey White
*Printed name and title*